IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WILLIAM GRECIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KOHL'S CORPORATION,<br><br>　　　　Defendant. | Civil Action No.:  6:21-cv-00102<br><br><br>JURY TRIAL DEMANDED |

# EXHIBIT B

## Claim Chart

## U.S. Patent #8,402,555: KOHL'S De-tokenizing EMV Point-of-Sale Device

| Claim 2 | Facts | Factual Evidence |
|---|---|---|
| The method according to claim 1, wherein the membership verification token is one or more of a structured password, a random password, e-mail address, **payment system** and one or more redeemable instruments of trade for access rights of the encrypted digital media.<br><br>Claim 1. A method for monitoring access to an encrypted digital media, the method facilitating interoperability between a plurality of data processing devices, the method comprising: | Kohl's EMV-PoS devices monitor access to financial data of one or more **payment systems** (computer based apparatus) by writing data to describe which Tokenized PAN data is associated with a De-tokenized Authorization ID relational data (Sullivan, metadata, data about data).<br><br>The EMV "Kernel" is the PoS computer "**Communications Console**", see more evidence below.<br><br>"Kernel" is defined as containing "interface routines, security and control functions" | Source: Kohl's store #986 – Thorndale, PA<br><br>**1.5.5   Kernel**<br><br>The Kernel contains interface routines, security and control functions, and logic to manage a set of commands and responses to retrieve the necessary data from the Card to complete a transaction. The Kernel processing covers the interaction with the Card between the selection of the card application (excluded) and processing of the outcome of the transaction (excluded).<br><br>Factual Evidence: https://web.archive.org/web/20180810034125/https://www.emvco.com/wp-content/uploads/2017/05/C-2_Kernel_2_V2.6_final-for_EMVCo_20160923093817522.pdf |

| | 2 General Architecture<br>2.2 POS System | | EMV Contactless Book C-2<br>Kernel 2 Spec v2.6 |
|---|---|---|---|

**Table 2.2—Reader Functionality**

| | Functionality | Explanation |
|---|---|---|
| | Communication with the Card | This includes the protocol for the contactless interface as defined by [EMV Book D] and the exchange of APDUs as defined in [ISO/IEC 7816-4]. |
| GUI – Kernel comprises a "(Graphic) User Interface" for "displaying of a message" that may include "amount or balance". | User Interface | This includes the displaying of a message, a (LED/Audio) status, and optionally a language indicator and the duration for which the message should be shown.<br><br>The message may include an amount or balance and currency code or currency symbol. |
| | Selection of the Card application and identification of the Kernel | This functionality includes:<br>• building the candidate list and identifying the application with the highest priority from the candidate list<br>• selecting this application and identifying which Kernel should process it |
| | | Having completed the interaction with the Card, the Reader returns the necessary data for the Terminal to create an authorization or clearing message. |
| "Receive" and "authentication" limitations of the Communications Console, e.g., Kernel "Collection of (authenticated) payment data from the Card" | Collection of (authenticated) payment data from the Card to populate an authorization and/or clearing record | |
| | Management of Data Exchanges between Kernel and Terminal | Data Exchange provides a flexible communication mechanism between Terminal and Kernel.<br><br>It allows the Kernel to send tagged data to and request data from the Terminal. It allows the Terminal to exercise a level of control on the Kernel by virtue of its ability to:<br>• update the current transaction data<br>• request tagged data from the Reader and Card<br>• have tagged data written on the Card |
| Processing the provided information using an API related to the card networks EMV registered Token Service Providers (see more below). | Processing of the outcome provided by the Kernel | The Kernel indicates whether a transaction is approved offline, declined offline, authorized online, or if another action is required. |

Page 42
© 2011-2016 EMVCo, LLC. All rights reserved. Reproduction, distribution and other use of this document is permitted only pursuant to the EMVCo Terms of Use agreement found at www.emvco.com, as supplemented by the Legal Notice on Page ii of this document, or such other separate agreement that the user may have with EMVCo or the applicable payment system. EMV® is a registered trademark or trademark of EMVCo, LLC in the United States and other countries.                                                                                             February 2016

Evidence Source, page 42 EMV Contactless Kernel spec: https://www.emvco.com/wp-content/uploads/2017/05/C-2_Kernel_2_V2.6_final-for_EMVCo_20160923093817522.pdf | https://web.archive.org/web/20180811114417/https://www.emvco.com/wp-content/uploads/2017/05/C-2_Kernel_2_V2.6_final-for_EMVCo_20160923093817522.pdf

| | |
|---|---|
| <br>**Factual Evidence: Kohl's store #986** | Kohl's EMV-PoS device CPU receives an access request for computer facilitated financial data by receiving a Tokenized Primary Account Number (Tokenized PAN). |
| receiving an encrypted digital media access branding request from at least one communications console of the plurality of data processing devices, the branding request being a read or write request of metadata of the encrypted digital media, the request comprising a membership verification token provided by a first user, corresponding to the encrypted digital media; | |

| | |
|---|---|
| | Having completed the interaction with the Card, the Reader returns the necessary data for the Terminal to create an authorization or clearing message. |
| Collection of (authenticated) payment data from the Card to populate an authorization and/or clearing record | |

Evidence Source, page 42 EMV Contactless Kernel spec: https://www.emvco.com/wp-content/uploads/2017/05/C-2_Kernel_2_V2.6_final-for_EMVCo_20160923093817522.pdf | https://web.archive.org/web/20180811114417/https://www.emvco.com/wp-content/uploads/2017/05/C-2_Kernel_2_V2.6_final-for_EMVCo_20160923093817522.pdf

2.  **Are Payment Tokens the same length as its associated PAN?**

    The Payment Token is a 13 to 19 digit numeric value that passes basic validation rules of an account number, including the Luhn check digit. Generally Payment Tokens are the same length as the PAN they replace, though this is not a requirement. Payment Tokens are generated within a BIN range that has been designated as a Token BIN Range and flagged accordingly in all appropriate BIN tables. Payment Tokens must not have the same value as or conflict with a real PAN.

Evidence Source: https://www.emvco.com/wp-content/uploads/2017/03/EMVCo-Website-Content-2.5-Payment-Tokenisation_FAQ_v2.pdf | https://web.archive.org/web/20180812033335/https://www.emvco.com/wp-content/uploads/2017/03/EMVCo-Website-Content-2.5-Payment-Tokenisation_FAQ_v2.pdf

| | |
|---|---|
| authenticating the membership verification token, the authentication being performed in connection with a token database; | Kohl's EMV-PoS device CPU authenticates the Tokenized PAN with the Luhn check digit, in connection with a Token Database (e.g., BIN tables). |

| | |
|---|---|
| **Factual Evidence: Kohl's store #986 – Thorndale, PA** | |
| establishing a connection with the communications console, wherein the communications console is a combination of a graphic user interface (GUI) and an Applications Programmable Interface (API) wherein the API is related to a verified web service, the web service capable of facilitating a two way data exchange to complete a verification process wherein the data exchange session comprises at least one identification reference; | The Kohl's EMV-PoS device CPU establishes a connection with the EMV Kernel inside the device which is a combination of a GUI and an API related to a De-tokenization Authorization Web Service. |
| requesting the at least one identification reference from the at least one communications console, wherein the identification reference comprises one or more of a verified web service account identifier, letter, number, rights token, e-mail, password, access time, serial number, address, manufacturer identification, checksum, operating system version, browser version, credential, cookie, or key, or ID; | The Kohl's EMV-PoS device CPU request and receives a De-tokenized Authorization ID from the EMV Kernel inside the PoS. |
| receiving the at least one identification reference from the communications console; | |

| | |  |
|---|---|---|
| and branding metadata of the encrypted digital media by writing the membership verification token and the electronic identification reference into the metadata. | The Kohl's EMV-PoS device CPU writes the received Tokenized PAN and De-tokenized Authorization ID to metadata of the Kohl's EMV-PoS device.<br><br>Writing the metadata to **describe what Tokenized PAN data (e.g., \*9671) is associated with the De-tokenized Authorization ID (e.g., 06134M).** | |
| | Kernel (communications console) "indicates" to the Kohl's EMV-PoS device that access to financial digital content is "authorized". | Evidence Source, page 42 EMV Contactless Kernel spec: https://www.emvco.com/wp-content/uploads/2017/05/C-2_Kernel_2_V2.6_final-for_EMVCo_20160923093817522.pdf |